THE HONORABLE DAVID ESTUDILLO

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10 REBECCA FRAZE,

11                    Plaintiff,

12          v.

13 AMERICAN BEHAVIORAL HEALTH
   SYSTEMS, INC.,

14                    Defendant.

15

No.: 3:22-cv-05094-DGE

ORDER GRANTING DEFENDANT'S
MOTION FOR RELIEF FROM
DEADLINE

NOTED ON THE MOTION CALENDAR:
April 28, 2023

16          THIS MATTER having come before the Court upon Defendant American Behavioral

17 Health Systems, Inc.'s ("Defendant") Unopposed Motion for Relief from Deadline.  The

18 Court, having reviewed the Motion and supporting papers, and otherwise being fully advised

19 in the premises,

20          IT IS HEREBY ORDERED that Defendant's Motion for Relief from Deadline is

21 granted.  Defendant is permitted to take the deposition of Plaintiff's expert witness,

22 Dr. Laura Brown, as agreed and mutually scheduled by the Parties.

23          \\

24          \\

25          \\

26          \\

CERTIFICATE OF SERVICE                          PAGE 1          **Bullivant|Houser|Bailey PC**
NO.: 3:22-CV-05094                                              One SW Columbia Street, Suite 800
                                                                Portland, Oregon  97204-4022
                                                                Telephone: 503.228.6351

All other deadlines remain the same and are unaffected by this Order.

DATED this 2nd of May, 2023.

David G. Estudillo
United States District Judge

CERTIFICATE OF SERVICE
NO.: 3:22-CV-05094

PAGE 2

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351