THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| REBECCA FRAZE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN BEHAVIORAL HEALTH SYSTEMS, INC.,<br><br>　　　　　Defendant. | CASE NO. 3:22-cv-05094<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Noted for Consideration:<br>September 5th, 2023 |

By stipulation and agreement, Plaintiff Rebecca Fraze and Defendant American Behavioral Health Systems, Inc., by and through their respective counsel of record, hereby request that the Court dismiss this matter with prejudice and without attorney's fees and costs to either party, as the parties have reached a mutually agreeable resolution.

//

//

//

//

STIPULATED MOTION AND ORDER
OF DISMISSAL WITH PREJUDICE - 1
No. 3:22-cv-05094-DGE

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798

DATED this 5th day of September 2023.

| FRANK FREED SUBIT & THOMAS LLP | BULLIVANT HOUSER BAILEY PC |
|---|---|
| By: *s/ Sean M. Phelan*<br>Munia Jabbar, WSBA #48693<br>mjabbar@frankfreed.com<br>Sean M. Phelan, WSBA #27866<br>sphelan@frankfreed.com<br>705 Second Ave., Ste. 1200<br>Seattle, WA 98104<br>Telephone: (206) 682-6711<br>Facsimile: (206) 682-0401<br><br>*Attorneys for Plaintiff* | By: *s/ Alexander H. Hill*<br>John M. Kreutzer, WSBA #30068<br>John.kreutzer@bullivant.com<br>Alexander H. Hill, WSBA #52002<br>Alexander.hill@bullivant.com<br>One SW Columbia St., Ste 800<br>Portland, OR 97204<br>Telephone: (503) 228-6351<br>Facsimile: (503) 295-0915<br><br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

DATED this 6th day of September 2023.

_____
David G. Estudillo
United States District Judge

Presented by:

FRANK FREED SUBIT & THOMAS

*s/ Sean M. Phelan*
Munia F. Jabbar, WSBA #48693
Sean M. Phelan, WSBA #27866
705 Second Avenue, Suite 1200
Seattle, WA 98104
Phone: (206) 682-6711
mjabbar@frankfreed.com
sphelan@frankfreed.com

Attorneys for Plaintiff

STIPULATED MOTION AND ORDER
OF DISMISSAL WITH PREJUDICE - 2
No. 3:22-cv-05094-DGE

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798